UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GRUMP VENTURES, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MASON COUNTY,<br><br>　　　　　Defendant. | NO.<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)<br><br>[From Thurston County Superior Court Cause No. 20-2-01958-34] |

TO:　　CLERK OF THE ABOVE-ENTITLED COURT

PLEASE TAKE NOTICE that defendant hereby removes to this Court the state court action described below:

1.　　An action was commenced in the Superior Court of the State of Washington in and for Thurston County entitled *Grump Ventures, LLC v. Mason County,* attached hereto as Exhibit 1. The complaint was filed on August 31, 2020.

2.　　The date upon which defendant received a copy of the complaint was August 31, 2020, when the Mason County Auditor's office received a copy of the same together with a summons. A copy of the summons is attached hereto as Exhibit 2.

3.　　This action is a civil action of which the Court has original jurisdiction under 28 U.S.C. § 1331, and is one that may be removed to this Court by defendant pursuant to the

NOTICE OF REMOVAL OF ACTION - 1

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

provisions of 28 U.S.C. § 1441(a), in that it states claims arising under the United States Constitution.  The complaint alleges causes of action invoking 42 U.S.C. § 1983 as a result of the alleged violation of plaintiff's rights to equal protection and due process under the United States Constitution.  *See* Exhibit 1 at ¶¶ 4.8, 5.11-5.17.

All other pleadings filed in the state court action are attached hereto as Exhibits 1-3.

DATED THIS 9th day of September, 2020.

>s/ KENNETH W. HARPER
>WSBA #25578
>Menke Jackson Beyer, LLP
>Attorneys for Defendant
>807 North 39th Avenue
>Yakima, Washington 98902
>Telephone: (509) 575-0313
>Fax: (509) 575-0351
>Email: kharper@mjbe.com

NOTICE OF REMOVAL OF ACTION - 2

CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2020, I filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Mr. Brent Carson            brc@ynf.com
Ms. Clara Park            cpark@vnf.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

s/KENNETH W. HARPER
WSBA #25578
Attorneys for Defendant
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: kharper@mjbe.com

NOTICE OF REMOVAL OF ACTION - 3

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351