UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GRUMP VENTURES LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>MASON COUNTY,<br><br>                Defendant. | NO. 3:20-cv-05906<br><br>ORDER GRANTING INTERVENTION TO HOOD CANAL GRAVEL MINE OPPOSITION ASSOCIATION |

Pursuant to the Stipulation of the parties, the Court hereby grants leave to Hood Canal Gravel Mine Opposition Association (HCGMOA) to intervene in this action as an intervenor-defendant.

Dated this _14th_ day of _September_, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented by:
s/David A. Bricklin, WSBA No. 7583
Bricklin & Newman, LLP